IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 14-cr-00453-RBJ | Date: January 7, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: Irena Kamenski | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Rebecca S. Weber* |
| | *James R. Allison* |
| **Plaintiff** | |
| v. | |
| 1. VADYM PECHERSKYI | *Kathryn J. Stimson* |
| | *Christopher R. Decker* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:29 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant shall be **imprisoned** for **4 months** as to Count One of the Information, no term of supervised release.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case, 72 days.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant shall pay a **$3000 fine,** to be paid by the defendant before leaving the United States.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:01 a.m.          Hearing concluded.          Total time:     00:32